IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NETCRAFT CORPORATION,

Plaintiff,

v.

EBAY INC. and
PAYPAL INC.,

Defendants.

Civil Action No. 07-C-0254-C

## ORDER

Based on the Stipulation Dismissing Defendants' Counterclaims Without Prejudice, and the Court being advised of the circumstances:

IT IS HEREBY ORDERED that Defendants' counterclaims against Netcraft in the referenced case are dismissed without prejudice.

Dated: February 19, 2008

_Barbara B. Crabb_
UNITED STATES DISTRICT JUDGE

mn339293_1